No. 25-1673
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

In re: Clearview AI, Inc. Consumer Privacy Litigation
_____

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division,
District Judge Sharon Johnson Coleman
No. 1:21-cv-00135
_____

DEFENDANTS'-APPELLEES' MOTION TO EXTEND BRIEFING SCHEDULE

Defendants-Appellees Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics, LLC and Thomas Mulcaire, by their attorney, James Thompson of Lynch Thomspon, LLP, moves this Court for an order extending the deadlines for all briefing as follows:

    Appellants' opening brief:    July 7, 2025 (from June 16, 2025)

    Appellees' brief(s):    August 29, 2025 (from July 16, 2025)

    Appellants' reply, if any:    September 19, 2025 (from August 6, 2025).

In support of this Motion, Defendants-Appellees submit the attached declaration.

    Respectfully submitted

    Defendants-Appellees Clearview AI, Ton-That, Schwartz, Rocky Mountain Data Analytics, and Mulcaire.

    By: /s/ *James Thompson*
    Lynch Thompson, LLP
    150 S. Wacker Dr., Ste 2550
    Chicago, IL 60606
    312-346-1600
    jthompson@lynchthompson.com

Certificate of Service

I, James Thompson, an attorney, hereby certify that I filed the foregoing document via the Court's CM/ECF system on May 28, 2025, thereby providing a copy to all counsel of record.

s/ *James Thompson*