No. 25-1673
_____

IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT
_____

In re: Clearview AI, Inc. Consumer Privacy Litigation
_____

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division,
District Judge Sharon Johnson Coleman
No. 1:21-cv-00135
_____

DEFENDANTS'-APPELLEES' MOTION TO EXTEND BRIEFING SCHEDULE

Defendants-Appellees Clearview AI, Inc., Hoan Ton-That, Richard Schwartz, Rocky Mountain Data Analytics, LLC and Thomas Mulcaire, by their attorney, James Thompson of Lynch Thomspon, LLP, move this Court for an order extending the deadline for the filing of appellees' brief(s), to be due on September 26, 2025 (from August 29, 2025). In support of this Motion, Defendants-Appellees submit the attached declaration.

　　　　　　　　　　　　　　Respectfully submitted


　　　　　　　　　　　　　　Defendants-Appellees Clearview AI, Ton-That, Schwartz,
　　　　　　　　　　　　　　Rocky Mountain Data Analytics, and Mulcaire.

　　　　　　　　　　　　By:/s/ *James Thompson*
　　　　　　　　　　　　　　Lynch Thompson, LLP
　　　　　　　　　　　　　　150 S. Wacker Dr., Ste 2550
　　　　　　　　　　　　　　Chicago, IL 60606
　　　　　　　　　　　　　　312-346-1600
　　　　　　　　　　　　　　jthompson@lynchthompson.com

Certificate of Service

I, James Thompson, an attorney, hereby certify that I filed the foregoing document via the Court's CM/ECF system on August 21, 2025, thereby providing a copy to all counsel of record.

s/ *James Thompson*